UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, et al.,<br><br>  Plaintiffs,<br>       v.<br>LEXINGTON INSURANCE COMPANY, et al.,<br><br>  Defendants. | Case No. 2:19-cv-00959-DMG-JDE<br><br>ORDER GRANTING STIPULATED PROTECTIVE ORDER |

Based on the parties' stipulation (Dkt. 129, "Stipulation"), and good cause having been shown, the Stipulation (Dkt. 129) is entered as an Order of the Court; however, nothing in this Order constitutes a finding that any material designated by the parties as subject to protection under the Stipulation is privileged or constitutes work product as a matter of law, nor does the Court adopt the legal analysis or conclusions at pages 4-5 of the Stipulation.

DATED: March 2, 2020

_____
JOHN D. EARLY
United States Magistrate Judge