# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation; FIDELITY AND GUARANTY INSURANCE COMPANY, an Iowa Corporation; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY a Connecticut corporation; and FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC., a Wisconsin corporation, <br><br>       Plaintiffs, <br><br>         v. <br><br> LEXINGTON INSURANCE COMPANY a Delaware corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 10 inclusive <br><br>       Defendants. | Case No. CV 19-959-DMG (JDEx) <br><br> **ORDER RE STIPULATION TO DISMISS ACTION WITH PREJUDICE [217]** |
| AND RELATED CROSS-ACTIONS | |

1

1     Pursuant to the parties' joint stipulation, all claims, third-party claims, counterclaims, and crossclaims in the above-captioned action are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own fees and costs.

IT IS SO ORDERED.

DATED:  March 21, 2022

*/s/ Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE